UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LEE NARLOCK, SR.,

       Plaintiff,                                    Hon. Ellen S. Carmody

v.

                                                   Case No. 1:11-cv-001

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Date: February 28, 2012                          /s/ Ellen S. Carmody
                                                           ELLEN S. CARMODY
                                                           United States Magistrate Judge